IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM EUGENE MARTIN, | |
| Plaintiffs, | No. 3:11-CV-837 |
| v. | (JUDGE CAPUTO) |
| WARDEN MARTINEZ, | (MAGISTRATE JUDGE MANNION) |
| Respondent. | |

## ORDER

NOW this 20Th day of October, 2011, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 11) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 11) is **ADOPTED**.

(2) Plaintiff's *in forma pauperis* motion is **GRANTED** (Doc. 2).

(3) The petition for writ of habeas corpus is **DISMISSED** .

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge