IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM EUGENE MARTIN,

Plaintiffs,

v.

WARDEN MARTINEZ,

Respondent.

No. 3:11-CV-837

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

### ORDER

NOW this 20Th day of October, 2011, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 11) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 11) is **ADOPTED**.

(2) Plaintiff's *in forma pauperis* motion is **GRANTED** (Doc. 2).

(3) The petition for writ of habeas corpus is **DISMISSED** .

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge